**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA  DIVISION**

UNITED STATES OF AMERICA

    v                                          CASE NO. 3:08cr79/MCR

CLAUDIA CONSTANCE HIRMER,
MARK STEVEN HIRMER,
EUGENE JOSEPH CASTERNOVIA,
ROBERT LEIGHTON PENDELL,
ARNOLD RAY MANANSALA,
DOVER EUGENE PERRY,
MICHAEL GUY LEONARD,
MARK DANIEL LEITNER,
ARTHUR RAMIREZ MERINO
and
JEFFRY JEAN JENKS
                                         /

**O R D E R**

Following entry of the May 5, 2009, Order regarding the filing of pretrial motions, additional motions to extend the deadline for filing were submitted, citing difficulties with electronic discovery as the reason for the request.  (Doc. 435, 436).  The court is aware of the voluminous discovery record in this case; however, this should not preclude the filing of timely pretrial motions.  Indeed, pretrial motions have been timely filed on behalf of Michael Leonard and Claudia and Mark Hirmer, which were adopted by Dover Perry.   In light of the timely filings on behalf of these defendants, some of whom are significantly involved in the factual allegations of the indictment, it is clear that a complete review of the record is not required in order to prepare pretrial motions.  Additionally, it is unfair to those defendants who have complied with the court's deadlines for other defendants to continue to receive filing extensions.  Nonetheless, given some of the other circumstances cited in the requests, the court will grant one final, limited extension to file pretrial motions for all

defendants in this case who have not yet filed pretrial motions.  <u>No further extensions will be granted</u>.  Accordingly, it is

ORDERED:

The court will accept for filing pretrial motions (not to include motions for bill or particulars) on behalf of any defendant who has not yet filed a pretrial motion through **May 22, 2009**.   Motions (doc. 435, 436) are GRANTED consistent with this order.

**SO ORDERED** this 8th day of May, 2009.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**